In The Court of Criminal Appeals
Of Texas

37,743-13

Myron B. Tanksley
Applicant

V.

State of Texas

In The Court of Criminal
Appeals of Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 24 2015

Abel Acosta, Clerk

RE: Request The Status of Case.
Under T.C.C.P. Article 11.07 Cause No. W 99-55168-P(H)
Request the Status/Decision or Pending?

Dear Clerk Abel Acosta-

I am writting in Request that You will be able to Respond - to let me know what was this court Ruling on my Writ of Habeas Corpus or Any order entered by this court.

Date Received 4/6/2015

Respectfully Submitted
Mr. Myron Tanksley
#1002421
2664 FM 2054
Tenn. Colony, TX 75886